UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------- X
```
ZENON DE LA ROSA,                                 :

                                              :

                               Plaintiff,      :

                                              :

              -against-                        :            19-CV-286 (VEC)

                                              :

CHESTNUT HOLDINGS OF NEW YORK INC.,               :            ORDER
1288 LLC, and JONATHAN WIENER,                    :

                                              :

                               Defendants.     :
```
------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   2/18/2020

VALERIE CAPRONI, United States District Judge:

WHEREAS counsel for the parties submitted a proposed settlement agreement, *see* Dkt.

48 & Ex. 2, for the Court's approval pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796

F.3d 199 (2d Cir. 2015);

WHEREAS the proposed settlement provides for a total recovery of $36,500, with

slightly less than a third of the recovery ($11,767.82) awarded to Plaintiff's counsel for fees and

costs, *see* Dkt. 48 at 4 & Ex. 1 ¶ 1(a);

WHEREAS counsel's requested fee ($10,549.34) is approximately one third the lodestar

amount based on counsel's billing rates and time entries, *see* Dkt. 48 Exs. 3–4;

WHEREAS the Court finds that counsel's requested fee is reasonable;

WHEREAS counsel's requested costs total $1,218.48, *see* Dkt. 48 Ex. 3;

WHEREAS the Court finds that counsel's requested costs are reasonable;

WHEREAS paragraph 3(a) of the proposed settlement agreement contains a release that

is broader than just wage-and-hour claims, *see* Dkt. 48 Ex. 2;

IT IS HEREBY ORDERED that the proposed settlement agreement is not approved as

fair and reasonable because of the breadth of the release.  The Court would be prepared to

approve as fair a settlement that releases all wage-and-hour law claims.  The parties may submit,

no later than **March 3, 2020**, a revised settlement agreement that is consistent with this Order if

they wish to proceed.  *See Fisher v. SD Prot. Inc.*, 2020 WL 550470, at *8 (2d Cir. Feb. 4, 2020).

**SO ORDERED.**

**Date:  February 18, 2020**
       **New York, NY**

          **VALERIE CAPRONI**
         **United States District Judge**